UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: DAVID S. HARTWIG and
SHARON HARTWIG for Exoneration
from or Limitation of Liability as
Owners of that Certain 2004 28 Foot 2 Inch        6:06-cv-1232-Orl-18UAM
Chaparral Motor Vessel,
Hull ID NO. FGBA0602c404,
Official No. 1156131,
                Petitioners.

## ORDER

The case was referred to the United States Magistrate Judge for clarification of a prior report and recommendation. (Doc. 27, filed June 21, 2007.) United States Magistrate Judge Donald P. Dietrich clarified his original report and recommendation, asserting that the litigation of Chapparal Boats' third-party complaint against the Taylors in state court be permitted, and that the Taylors be allowed to pursue any claim or defense against Chapparal Boats or the Hartwigs in that action, subject to the stipulations offered by the Taylors. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by any party, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.

It is **SO ORDERED** in Orlando, Florida, this 30th day of July, 2007.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Counsel of Record
United States Magistrate Judge